AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Republic of Kazakhstan,

          Plaintiff,

v.

Big Sky Energy Corporation,

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00509-JCM-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default Judgment is entered in favor of Plaintiff Republic of Kazakhstan, and against Defendant Big Sky Energy Corporation, in the amount of $587,030.43.

7/28/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ K. Ferris  
Deputy Clerk