1  Bob L. Olson, Esq.
   Nevada Bar No. 3783
2  Erin M. Gettel, Esq.
   Nevada Bar No. 13877
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, Nevada  89169
   Telephone:  702.784.5200
5  Email: bolson@swlaw.com
            egettel@swlaw.com
6
   *Attorneys for Plaintiff Republic of Kazakhstan*
7

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10 | REPUBLIC OF KAZAKHSTAN, | Case No. 2:22-cv-00509-JCM-NJK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO QUASH [ECF NO. 22]** |
| BIG SKY ENERGY CORPORATION, | |
| Defendant. | ***First Request*** |

17    The Parties request that this Court extend the deadline for Plaintiff to file a
18 response to Defendant's Motion to Quash [ECF 22], which is currently due on July
19 22, 2024, by one week, to July 29, 2024, because:
20    1.    Plaintiff's Counsel requires additional time to prepare a response to the
21 Motion.
22    2.    This stipulation is made before the current deadline of July 22, 2024,
23 and is entered in good faith, with good cause, and not for purposes of delay.
24 //
25 //
26 //
27 //
28 //

3. This is the first stipulation to extend the response deadline, and the Parties agree to the one-week extension.

DATED: July 17, 2024.

| Snell & Wilmer L.L.P. | Hutchison & Steffen, PLLC |
|---|---|
| By /s/ *Erin Gettel* <br> Bob L. Olson <br> Erin Gettel <br> *Attorneys for Plaintiff Republic of Kazakhstan* | By /s/ *Brenoch Wirthlin* <br> Brenoch Wirthlin <br> Shelby Dahl <br> *Attorneys for Defendant Big Sky Energy Corporation* |

**ORDER**

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE
Dated: